DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO MACIEL-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. CR.S-11-00436-MCE |
| Plaintiff,  ) | |
| v.  ) | **STIPULATION AND ORDER;** <br> **CONTINUING STATUS CONFERENCE** <br> **AND EXCLUDING TIME** |
| RODRIGO MACIEL-VALENCIA,  ) | Date: December 15, 2011 |
| Defendant.  ) | Time: 9:00 a.m. |
| _____  ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RODRIGO MACIEL-VALENCIA, that the status conference hearing date of December 1, 2011 be vacated, and the matter be set for status conference on December 15, 2011 at 9:00 a.m.

The reason for this continuance is to allow the government time to prepare and offer the defense a plea agreement, and to give defense counsel time to receive the plea agreement and then to review it with the defendant.

///

///

1  Based upon the foregoing, the parties agree that the time under
2 the Speedy Trial Act should be excluded from the date of signing of
3 this order through and including December 15, 2011 pursuant to 18
4 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
5 Code T4 based upon continuity of counsel and defense preparation.

DATED:  December 6, 2011.                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Rodrigo Maciel-Valencia


DATED:  December 6, 2011.                BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 1, 2011, status conference hearing be continued to December 15, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 15, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE