1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 CARO MARKS, Bar #159267
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
RODRIGO MACIEL-VALENCIA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  NO. CR.S-11-436-MCE
                                   )
13                     Plaintiff,  )
                                   )  **STIPULATION AND ORDER**
14        v.                       )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
15 RODRIGO MACIEL-VALENCIA,        )
                                   )  Date: February 2, 2012
16                     Defendant.  )  Time: 9:00 a.m.
   _____ )  Judge: Hon. Morrison C. England Jr.
17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELE BECKWITH, Assistant United States

20 Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RODRIGO

21 MACIEL-VALENCIA, that the status conference hearing date of January 5,

22 2011 be vacated, and the matter be set for status conference on

23 February 2, 2012 at 9:00 a.m.

24      The reason for this continuance is as follows: as noted in the

25 parties' previously filed Stipulation and Proposed Order (Dec. 13,

26 2011) there is a legitimate question whether the defendant's prior

27 felony qualifies as a "drug trafficking offense" as that term is used

28 in U.S.S.G. § 2L1.2(b)(1)(A).

1 | At the time that Stipulation was filed, Probation had not yet prepared

2 | the Alien Pre-Plea PSR.

3 |     Now, the PSR has been prepared and distributed. The defense

4 | strongly disagrees with Probation's conclusion that the defendant's

5 | prior conviction does in fact constitute a "drug trafficking offense".

6 |     Today, the defense concluded its research and is preparing to file

7 | objections to this portion of the PSR.

8 |     The parties seek a continuance to allow both Probation and

9 | government counsel time to consider the defense's objection, respond to

10 | it, and allow the defense to reply before ascertaining whether formal

11 | objections will have to be submitted. Government counsel is unavailable

12 | until January 5, 2011 and defense counsel is out of the country from

13 | January 6-23. By the time both counsel are present simultaneously in

14 | the Eastern District of California (January 23), Probation and

15 | government counsel will have had sufficient time to consider and

16 | respond to the defendant's objection. Then, the parties will know with

17 | certainty whether the court will be called upon to adjudicate the

18 | issue, or whether the PSR will be modified. As noted in the December 13

19 | Stipulation, the parties may seek an additional continuance if it

20 | appears the matter will require further litigation.

21 |     Based upon the foregoing, the parties agree that the time under

22 | the Speedy Trial Act should be excluded from the date of signing of

23 | this order through and including February 2, 2012 pursuant to 18 U.S.C.

24 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

25 | T4 based upon continuity of counsel.

26 | ///

27 | ///

28 | ///

2

1   DATED:   January 4, 2012.                    Respectfully submitted,

2                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
3

4
                                                  /s/ Caro Marks
5                                                 CARO MARKS
                                                  Designated Counsel for Service
6                                                 Attorney for Rodrigo Maciel-Valencia

7

8   DATED:   January 4, 2012.                    BENJAMIN WAGNER
                                                  United States Attorney
9

10
                                                  /s/ Caro Marks for
11                                                MICHELE BECKWITH
                                                  Assistant U.S. Attorney
12                                                Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER**

1

2   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

3   ordered that the January 5, 2011,  status conference hearing be

4   continued to February 2, 2012, at 9:00 a.m.  Based on the

5   representation of defense counsel and good cause appearing therefrom,

6   the Court hereby finds that the failure to grant a continuance in this

7   case would deny defense counsel reasonable time necessary for effective

8   preparation, taking into account the exercise of due diligence.  The

9   Court finds that the ends of justice to be served by granting a

10  continuance outweigh the best interests of the public and the defendant

11  in a speedy trial.  It is ordered that time up to and including the

12  February 2, 2012 status conference shall be excluded from computation

13  of time within which the trial of this matter must be commenced under

14  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

15  and Local Code T-4, to allow defense counsel reasonable time to

16  prepare.

17   Dated: January 4, 2012

18

19  _____

20  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

4